# IN THE SUPREME COURT OF THE STATE OF DELAWARE

GARY D. PERKINS, §
§ No. 156, 2018
    Defendant Below, §
    Appellant, § Court Below—Superior Court
§ of the State of Delaware
    v. §
§ Cr. ID Nos. 1507018423A and
STATE OF DELAWARE, § 1507018423B (N)
§
    Plaintiff Below, §
    Appellee. §

Submitted: January 9, 2019
Decided: January 23, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 23rd day of January, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its March 20, 2018 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice